Official Form 1 (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Harbrook Tool & Manufacturing Co.** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
|---|---|
| **36-2759772** | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| **11533 Franklin Avenue** **Franklin Park, IL**     ZIP Code **60131** | ZIP Code |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| **Cook** | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☑ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ☑ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (10/06)

FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Harbrook Tool & Manufacturing Co.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)                                                                FORM B1, Page 3

## Voluntary Petition

| | |
|---|---|
| (This page must be completed and filed in every case) | Name of Debtor(s): **Harbrook Tool & Manufacturing Co.** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X **/s/ JOSEPH E. COHEN**
Signature of Attorney for Debtor(s)

**JOSEPH E. COHEN 3123243**
Printed Name of Attorney for Debtor(s)

**COHEN & KROL**
Firm Name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**

Address

**312-368-0300  Fax: 312-368-4559**
Telephone Number

**March 20, 2007**
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard Jemc**
Signature of Authorized Individual

**Richard Jemc**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 20, 2007**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Harbrook Tool & Manufacturing Co.**                    Case No. _____

                                Debtor(s)             Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AAcurite Welding Service, Inc.**<br>**501 S. County Line Road**<br>**Franklin Park, IL 60131** | **AAcurite Welding Service, Inc.**<br>**501 S. County Line Road**<br>**Franklin Park, IL 60131** | | | **20,720.35** |
| **Alagor Industries, Inc.**<br>**P. O. Box 406**<br>**Algonquin, IL 60102** | **Alagor Industries, Inc.**<br>**P. O. Box 406**<br>**Algonquin, IL 60102** | | | **22,498.00** |
| **ASI, Inc.**<br>**P. O. Box 302**<br>**Wood Dale, IL 60191** | **ASI, Inc.**<br>**P. O. Box 302**<br>**Wood Dale, IL 60191** | | | **9,610.61** |
| **Castle Metal Finishing Corp.**<br>**4631 N. 25th Avenue**<br>**Schiller Park, IL 60176** | **Castle Metal Finishing Corp.**<br>**4631 N. 25th Avenue**<br>**Schiller Park, IL 60176** | | | **6,390.43** |
| **Freedom Steel**<br>**P. O. Box 314**<br>**Olympia Fields, IL 60461** | **Freedom Steel**<br>**P. O. Box 314**<br>**Olympia Fields, IL 60461** | | | **30,219.00** |
| **Guardian Metal Sales, Inc.**<br>**Dept. 4270**<br>**P. O. Box 87618**<br>**Chicago, IL 60680-0618** | **Guardian Metal Sales, Inc.**<br>**Dept. 4270**<br>**P. O. Box 87618**<br>**Chicago, IL 60680-0618** | | | **23,797.36** |
| **Gunther Bruggenthies**<br>**15172 Old School Road**<br>**Libertyville, IL 60048** | **Gunther Bruggenthies**<br>**15172 Old School Road**<br>**Libertyville, IL 60048** | **Judgment -  05 L 364** | | **1,350,060.00** |
| **Holt Industries**<br>**327 S. Sixth Avenue**<br>**La Grange, IL 60525** | **Holt Industries**<br>**327 S. Sixth Avenue**<br>**La Grange, IL 60525** | | | **3,368.71** |
| **Interplex Daystar, Inc.**<br>**P. O. Box 10110**<br>**Uniondale, NY 11555** | **Interplex Daystar, Inc.**<br>**P. O. Box 10110**<br>**Uniondale, NY 11555** | | | **34,506.40** |
| **J & J Industries, Inc.**<br>**107 Gateway Road**<br>**Bensenville, IL 60106** | **J & J Industries, Inc.**<br>**107 Gateway Road**<br>**Bensenville, IL 60106** | | | **3,360.00** |
| **Kane, Carbonara & Mendoza, Ltd.**<br>**One North Franklin Street**<br>**Suite 2700**<br>**Chicago, IL 60606** | **Kane, Carbonara & Mendoza, Ltd.**<br>**One North Franklin Street**<br>**Suite 2700**<br>**Chicago, IL 60606** | | | **22,723.44** |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Harbrook Tool & Manufacturing Co.** _____    Case No. _____

                                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lightning Components Corporation P. O. Box 201769 Dallas, TX 75320-1769 | Lightning Components Corporation P. O. Box 201769 Dallas, TX 75320-1769 | | | 4,000.00 |
| Magic MetalFab, Inc. 1740 Cortland Court Unit "D" Addison, IL 60101 | Magic MetalFab, Inc. 1740 Cortland Court Unit "D" Addison, IL 60101 | | | 44,544.72 |
| Milton Enterprises 300 King Street Elk Grove Village, IL 60007 | Milton Enterprises 300 King Street Elk Grove Village, IL 60007 | | | 34,337.06 |
| Peterson International 504 Glenn Avenue Wheeling, IL 60090 | Peterson International 504 Glenn Avenue Wheeling, IL 60090 | | | 7,744.19 |
| Precision Steel Whse, Inc. P. O. Box 92582 Chicago, IL 60675 | Precision Steel Whse, Inc. P. O. Box 92582 Chicago, IL 60675 | | | 8,377.36 |
| Smurfit-Stone Container P. O. Box 18265 Saint Louis, MO 63150-8265 | Smurfit-Stone Container P. O. Box 18265 Saint Louis, MO 63150-8265 | | | 20,040.92 |
| SOS Metals, Inc. 1216 Capitol Drive Unit B Addison, IL 60101 | SOS Metals, Inc. 1216 Capitol Drive Unit B Addison, IL 60101 | | | 21,290.00 |
| Specified Plating Company P. O. Box 123 Des Plaines, IL 60016-0123 | Specified Plating Company P. O. Box 123 Des Plaines, IL 60016-0123 | | | 6,533.58 |
| Wise Plastics Technologies 3810 Stern Road Saint Charles, IL 60174 | Wise Plastics Technologies 3810 Stern Road Saint Charles, IL 60174 | | | 17,280.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **March 20, 2007** _____        Signature    **/s/ Richard Jemc** _____

                                                                **Richard Jemc**
                                                                **President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Official Form 6D (10/06)

In re   **Harbrook Tool & Manufacturing Co.** ,   Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6E (10/06)

In re  **Harbrook Tool & Manufacturing Co.**                                                   ,      Case No. _____

                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**   continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06)

In re **Harbrook Tool & Manufacturing Co.**                                    Case No. _____

_____,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | |
| Account No. <br><br> **AAcurite Welding Service, Inc.** <br> **501 S. County Line Road** <br> **Franklin Park, IL 60131** | | - | | | | | | 20,720.35 |
| Account No. <br><br> **Ace Laho Hardware, Inc.** <br> **P. O. Box 356** <br> **5 North York Road** <br> **Bensenville, IL 60106** | | - | | | | | | 36.35 |
| Account No. <br><br> **Airgas North Central** <br> **P. O. Box 802588** <br> **Chicago, IL 60680-2588** | | - | | | | | | 102.32 |
| Account No. <br><br> **Ajax Uniform Rentals** <br> **1005 Geneva Street** <br> **Shorewood, IL 60431** | | - | | | | | | 77.08 |
| __14__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | 20,936.10 |

Official Form 6F (10/06) - Cont.

In re  **Harbrook Tool & Manufacturing Co.**                                    ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Alagor Industries, Inc. P. O. Box 406 Algonquin, IL 60102 | | - | | | | | | | 22,498.00 |
| Account No. | | | | | | | | | |
| Amerigas - Palatine Dept. 0140 Palatine, IL 60055-0140 | | - | | | | | | | 285.87 |
| Account No. | | | | | | | | | |
| ASI, Inc. P. O. Box 302 Wood Dale, IL 60191 | | - | | | | | | | 9,610.61 |
| Account No. | | | | | | | | | |
| Assurance Technologies, Inc. P. O. Box 370 West Chicago, IL 60186-0370 | | - | | | | | | | 818.03 |
| Account No. | | | | | | | | | |
| Castle Metal Finishing Corp. 4631 N. 25th Avenue Schiller Park, IL 60176 | | - | | | | | | | 6,390.43 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,602.94

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Harbrook Tool & Manufacturing Co.**                              ,      Case No. _____

                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Christy Metals, Inc.**<br>**2810 Old Willow Road**<br>**Northfield, IL 60062-6884** | - | | | | | | | **2,275.74** |
| Account No.<br><br>**Cincinnati Tool Steeel Company**<br>**P. O. Box 77-2738**<br>**Chicago, IL 60678-2738** | - | | | | | | | **1,130.06** |
| Account No.<br><br>**Cintas First Aid & Safety**<br>**1071 Judson Street**<br>**Bensenville, IL 60106** | - | | | | | | | **79.27** |
| Account No.<br><br>**Component Importers Int'l**<br>**P. O. Box 68964**<br>**Schaumburg, IL 60168-0964** | - | | | | | | | **344.60** |
| Account No.<br><br>**Courtesy Fastener Products, Inc.**<br>**6044 North Pulaski Road**<br>**Chicago, IL 60646** | - | | | | | | | **910.00** |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,739.67**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re  **Harbrook Tool & Manufacturing Co.**                                                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | - | | | | | | |
| Crossbow Industrial Water 33156 Treasury Center Chicago, IL 60694-3100 | | | | | | | | 136.25 |
| Account No. | | - | | | | | | |
| D & N Deburring Co., Inc. 2919 North Birch Franklin Park, IL 60131 | | | | | | | | 1,473.95 |
| Account No. | | - | | | | | | |
| Danly IEM P. O. Box 99897 Chicago, IL 60696-7697 | | | | | | | | 792.06 |
| Account No. | | - | | | | | | |
| Design Packaging Company 2834 West Chicago Avenue Chicago, IL 60622 | | | | | | | | 99.73 |
| Account No. | | - | | | | | | |
| Elgin Motor Service P. O. Box 386 Hampshire, IL 60140 | | | | | | | | 273.24 |

Sheet no. __3__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,775.23**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Harbrook Tool & Manufacturing Co.**                                              ,    Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Engel Diversified Ind., Inc.**<br>**1060 Quaker Avenue**<br>**Box 85**<br>**Jordan, MN 55352** | - | | | | | | **2,359.80** |
| Account No.<br><br>**Equipment Depot of Illinois**<br>**Department 6059**<br>**Carol Stream, IL 60122-6059** | - | | | | | | **287.20** |
| Account No.<br><br>**Four Star Tool, Inc.**<br>**5521 Meadowbrook Court**<br>**Rolling Meadows, IL 60008** | - | | | | | | **2,750.00** |
| Account No.<br><br>**FPM Heat Treating**<br>**1715 Momemtum Place**<br>**Chicago, IL 60689-5317** | - | | | | | | **509.31** |
| Account No.<br><br>**Freedom Steel**<br>**P. O. Box 314**<br>**Olympia Fields, IL 60461** | - | | | | | | **30,219.00** |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**36,125.31**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re  **Harbrook Tool & Manufacturing Co.** _____,    Case No. _____
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Girard Rubber Corporation 6 Westchester Plaza Elmsford, NY 10523 | - | | | | | | | 1,225.70 |
| Account No. | | | | | | | | |
| Grainger Parts Dept. 136 - 801551847 Palatine, IL 60038-0001 | - | | | | | | | 149.89 |
| Account No. | | | | | | | | |
| Great Lakes Tool Service 770 N. Edgewood Avenue Wood Dale, IL 60191 | - | | | | | | | 498.90 |
| Account No. | | | | | | | | |
| Grinding Specialty Co., Inc. 5757 W. Grand Avenue Chicago, IL 60639 | - | | | | | | | 625.07 |
| Account No. | | | | | | | | |
| Guardian Metal Sales, Inc. Dept. 4270 P. O. Box 87618 Chicago, IL 60680-0618 | - | | | | | | | 23,797.36 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,296.92

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Harbrook Tool & Manufacturing Co.** _____,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gunther Bruggenthies**<br>**15172 Old School Road**<br>**Libertyville, IL 60048** | - | | | **Judgment - 05 L 364** | | | | **1,350,060.00** |
| Account No.<br><br>**Hitech Machinery Sales, Inc.**<br>**1900 E. Tyler Road**<br>**Suite 800**<br>**Saint Charles, IL 60174** | - | | | | | | | **216.07** |
| Account No.<br><br>**Holt Industries**<br>**327 S. Sixth Avenue**<br>**La Grange, IL 60525** | - | | | | | | | **3,368.71** |
| Account No.<br><br>**Hudapack Metal Treating of Illinois**<br>**550 Mitchell Road**<br>**Glendale Heights, IL 60139** | - | | | | | | | **239.60** |
| Account No.<br><br>**Industrial Spring Corp.**<br>**217 S. 33rd Court**<br>**Fort Lauderdale, FL 33315** | - | | | | | | | **2,484.13** |

Sheet no. __6__ of __14__ sheets attached to Schedule of           Subtotal           **1,356,368.51**
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Harbrook Tool & Manufacturing Co.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Interplex Daystar, Inc.** **P. O. Box 10110** **Uniondale, NY 11555** | | | | | | | | 34,506.40 |
| Account No. | | - | | | | | | |
| **J & J Industries, Inc.** **107 Gateway Road** **Bensenville, IL 60106** | | | | | | | | 3,360.00 |
| Account No. | | - | | | | | | |
| **Joseph E. Davis, P.C.** **39 S. La Salle Street** **Suite 722** **Chicago, IL 60603** | | | | | | | | 1,512.50 |
| Account No. | | - | | | | | | |
| **Kane, Carbonara & Mendoza, Ltd.** **One North Franklin Street** **Suite 2700** **Chicago, IL 60606** | | | | | | | | 22,723.44 |
| Account No. | | - | | | | | | |
| **Kove Mechanical, Inc.** **1245 Humbracht Circle** **Unit C** **Bartlett, IL 60103** | | | | | | | | 950.00 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

63,052.34

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Harbrook Tool & Manufacturing Co.** _____ ,   Case No. _____

                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Lightning Components Corporation P. O. Box 201769 Dallas, TX 75320-1769** | - | | | | | | | |
| | | | | | | | | **4,000.00** |
| Account No. | | | | | | | | |
| **Lombard Swiss Screw Company 420 South Rohlwing Road Addison, IL 60101** | - | | | | | | | |
| | | | | | | | | **2,229.68** |
| Account No. | | | | | | | | |
| **Lon's Sons & Associates, Inc. 820 Bonnie Lane Elk Grove Village, IL 60007** | - | | | | | | | |
| | | | | | | | | **210.00** |
| Account No. | | | | | | | | |
| **Magic MetalFab, Inc. 1740 Cortland Court Unit "D" Addison, IL 60101** | - | | | | | | | |
| | | | | | | | | **44,544.72** |
| Account No. | | | | | | | | |
| **Marian Chicago, Inc. 396 Wegner Drive West Chicago, IL 60185-2697** | - | | | | | | | |
| | | | | | | | | **536.73** |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**51,521.13**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Harbrook Tool & Manufacturing Co.** _____,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**McMaster-Carr Supply Company**<br>**P. O. Box 7690**<br>**Chicago, IL 60680-7690** | - | | | | | | | **197.08** |
| Account No.<br><br>**Melrose Partnership**<br>**11533 Franklin Avenue**<br>**Franklin Park, IL 60131** | - | | **Industrial Building Lease** | | | | | **Unknown** |
| Account No.<br><br>**Metals Technology Corporation**<br>**120 North Schmale Road**<br>**Carol Stream, IL 60188-2151** | - | | | | | | | **183.10** |
| Account No.<br><br>**Mid America Stainless, LLC**<br>**20900 St. Clair Avenue**<br>**Cleveland, OH 44117-1020** | - | | | | | | | **1,279.08** |
| Account No.<br><br>**Milton Enterprises**<br>**300 King Street**<br>**Elk Grove Village, IL 60007** | - | | | | | | | **34,337.06** |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,996.32**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Harbrook Tool & Manufacturing Co.** _____ ,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.

**Motion Industries, Inc.**
**1790 Cortland Court**
**Addison, IL 60101** | | - | | | | | | 308.52 |
| Account No.

**Ohio Nut and Bolt Company**
**P. O. Box 91361-N**
**Cleveland, OH 44193** | | - | | | | | | 2,643.00 |
| Account No.

**Peterson International**
**504 Glenn Avenue**
**Wheeling, IL 60090** | | - | | | | | | 7,744.19 |
| Account No.

**Phillips Grinding, Inc.**
**9239 Park Lane**
**Franklin Park, IL 60131** | | - | | | | | | 212.00 |
| Account No.

**Precise Finishing Co., Inc.**
**2842 Birch Street**
**Franklin Park, IL 60131-3004** | | - | | | | | | 305.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,212.71

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Harbrook Tool & Manufacturing Co.**                                          ,        Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. Precision Steel Whse, Inc. P. O. Box 92582 Chicago, IL 60675 | - | | | | | | | 8,377.36 |
| Account No. Prospect Tool Company 1040 Waveland Avenue Franklin Park, IL 60131 | - | | | | | | | 3,276.00 |
| Account No. Quill Corporation P. O. Box94081 Palatine, IL 60094-4081 | - | | | | | | | 271.77 |
| Account No. Smith Enterprises, Inc. 931 Dillon Drive Wood Dale, IL 60191 | - | | | | | | | 19.95 |
| Account No. Smithereen Pest Management 7400 N. Melvina Avenue Niles, IL 60714 | - | | | | | | | 46.00 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,991.08

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Harbrook Tool & Manufacturing Co.**                              ,   Case No. _____
                                      Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Smurfit-Stone Container** <br> **P. O. Box 18265** <br> **Saint Louis, MO 63150-8265** | - | | | | | | | **20,040.92** |
| Account No. <br><br> **SOS Metals, Inc.** <br> **1216 Capitol Drive** <br> **Unit B** <br> **Addison, IL 60101** | - | | | | | | | **21,290.00** |
| Account No. <br><br> **Southco, Inc.** <br> **P. O. Box 821316** <br> **Philadelphia, PA 19182-1316** | - | | | | | | | **2,951.79** |
| Account No. <br><br> **Specified Plating Company** <br> **P. O. Box 123** <br> **Des Plaines, IL 60016-0123** | - | | | | | | | **6,533.58** |
| Account No. <br><br> **Stranco Products** <br> **650 South Schmidt Road** <br> **Bolingbrook, IL 60440-9403** | - | | | | | | | **86.56** |

Sheet no. __**12**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **50,902.85**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Harbrook Tool & Manufacturing Co.**                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Superior Ind Supply Co., Inc.** **7300 Oak Park Avenue** **Niles, IL 60714** | - | | | | | | | 787.13 |
| Account No. | | | | | | | | |
| **Superior Technologies, Inc.** **34 S. 7th Avenue** **La Grange, IL 60525** | - | | | | | | | 537.70 |
| Account No. | | | | | | | | |
| **Toman Tool Corp.** **1130 Nelson Parkway** **P. O. Box 72** **Viroqua, WI 54665** | - | | | | | | | 427.51 |
| Account No. | | | | | | | | |
| **United Business Machines, Inc.** **2171 Executive Drive** **Addison, IL 60101** | - | | | | | | | 7.85 |
| Account No. | | | | | | | | |
| **USF Holland** **27052 Network Place** **Chicago, IL 60673-1270** | - | | | | | | | 286.19 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **2,046.38**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Harbrook Tool & Manufacturing Co.**                                ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wellman, Inc.** Dept. 952138 Atlanta, GA 31192-2138 | - | | | | | | 74.50 |
| Account No. **Wise Plastics Technologies** 3810 Stern Road Saint Charles, IL 60174 | - | | | | | | 17,280.00 |
| Account No. **Zenger's, Inc.** 11132 W. Grand Avenue Melrose Park, IL 60164 | - | | | | | | 169.17 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 17,523.67 |
| Total (Report on Summary of Schedules) | | 1,731,091.16 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Harbrook Tool & Manufacturing Co.** _____  Case No. _____

Debtor(s)    Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **20,000.00** |
| Prior to the filing of this statement I have received | $ | **20,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **March 20, 2007** _____    **/s/ JOSEPH E. COHEN** _____
**JOSEPH E. COHEN**
**COHEN & KROL**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**312-368-0300  Fax: 312-368-4559**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Harbrook Tool & Manufacturing Co.**

Debtor(s)

Case No.

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **74**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **March 20, 2007**

**/s/ Richard Jemc**

**Richard Jemc/President**
Signer/Title

AAcurite Welding Service, Inc.
501 S. County Line Road
Franklin Park, IL 60131

Ace Laho Hardware, Inc.
P. O. Box 356
5 North York Road
Bensenville, IL 60106

Airgas North Central
P. O. Box 802588
Chicago, IL 60680-2588

Ajax Uniform Rentals
1005 Geneva Street
Shorewood, IL 60431

Alagor Industries, Inc.
P. O. Box 406
Algonquin, IL 60102

Amerigas - Palatine
Dept. 0140
Palatine, IL 60055-0140

ASI, Inc.
P. O. Box 302
Wood Dale, IL 60191

Assurance Technologies, Inc.
P. O. Box 370
West Chicago, IL 60186-0370

Castle Metal Finishing Corp.
4631 N. 25th Avenue
Schiller Park, IL 60176

Christy Metals, Inc.
2810 Old Willow Road
Northfield, IL 60062-6884

Chinkinshi Tool Steel Company
P. O. Box 2738
Chicago, IL 60678-2738

Cintas First Aid & Safety
1071 Judson Street
Bensenville, IL 60106

Component Importers Int'l
P. O. Box 68964
Schaumburg, IL 60168-0964

Courtesy Fastener Products, Inc.
6044 North Pulaski Road
Chicago, IL 60646

Crossbow Industrial Water
33156 Treasury Center
Chicago, IL 60694-3100

D & N Deburring Co., Inc.
2919 North Birch
Franklin Park, IL 60131

Danly IEM
P. O. Box 99897
Chicago, IL 60696-7697

Design Packaging Company
2834 West Chicago Avenue
Chicago, IL 60622

Elgin Motor Service
P. O. Box 386
Hampshire, IL 60140

Engel Diversified Ind., Inc.
1060 Quaker Avenue
Box 85
Jordan, MN 55352

Equipment Depot Illinois
Department 6059
Carol Stream, IL 60122-6059

Four Star Tool, Inc.
5521 Meadowbrook Court
Rolling Meadows, IL 60008

FPM Heat Treating
1715 Momemtum Place
Chicago, IL 60689-5317

Freedom Steel
P. O. Box 314
Olympia Fields, IL 60461

George Cummings
1420 Renaissance Drive
Suite 208
Park Ridge, IL 60068-1342

Girard Rubber Corporation
6 Westchester Plaza
Elmsford, NY 10523

Grainger Parts
Dept. 136 - 801551847
Palatine, IL 60038-0001

Great Lakes Tool Service
770 N. Edgewood Avenue
Wood Dale, IL 60191

Grinding Specialty Co., Inc.
5757 W. Grand Avenue
Chicago, IL 60639

Guardian Metal Sales, Inc.
Dept. 4270
P. O. Box 87618
Chicago, IL 60680-0618

Gunther Bruggemann
15172 Old School Road
Libertyville, IL 60048

Lightning Components Corporation
P. O. Box 201769
Dallas, TX 75320-1769

Minor Enterprises
300 King Street
Elk Grove Village, IL 60007

Hitech Machinery Sales, Inc.
1900 E. Tyler Road
Suite 800
Saint Charles, IL 60174

Lombard Swiss Screw Company
420 South Rohlwing Road
Addison, IL 60101

Motion Industries, Inc.
1790 Cortland Court
Addison, IL 60101

Holt Industries
327 S. Sixth Avenue
La Grange, IL 60525

Lon's Sons & Associates, Inc.
820 Bonnie Lane
Elk Grove Village, IL 60007

Ohio Nut and Bolt Company
P. O. Box 91361-N
Cleveland, OH 44193

Hudapack Metal Treating of Illinois
550 Mitchell Road
Glendale Heights, IL 60139

Magic MetalFab, Inc.
1740 Cortland Court
Unit "D"
Addison, IL 60101

Peterson International
504 Glenn Avenue
Wheeling, IL 60090

Industrial Spring Corp.
217 S. 33rd Court
Fort Lauderdale, FL 33315

Marian Chicago, Inc.
396 Wegner Drive
West Chicago, IL 60185-2697

Phillips Grinding, Inc.
9239 Park Lane
Franklin Park, IL 60131

Interplex Daystar, Inc.
P. O. Box 10110
Uniondale, NY 11555

McMaster-Carr Supply Company
P. O. Box 7690
Chicago, IL 60680-7690

Precise Finishing Co., Inc.
2842 Birch Street
Franklin Park, IL 60131-3004

J & J Industries, Inc.
107 Gateway Road
Bensenville, IL 60106

Melrose Partnership
11533 Franklin Avenue
Franklin Park, IL 60131

Precision Steel Whse, Inc.
P. O. Box 92582
Chicago, IL 60675

Joseph E. Davis, P.C.
39 S. La Salle Street
Suite 722
Chicago, IL 60603

Melrose Partnership
11533 Franklin Avenue
Franklin Park, IL 60131

Prospect Tool Company
1040 Waveland Avenue
Franklin Park, IL 60131

Kane, Carbonara & Mendoza, Ltd.
One North Franklin Street
Suite 2700
Chicago, IL 60606

Metals Technology Corporation
120 North Schmale Road
Carol Stream, IL 60188-2151

Quill Corporation
P. O. Box 94081
Palatine, IL 60094-4081

Kove Mechanical, Inc.
1245 Humbracht Circle
Unit C
Bartlett, IL 60103

Mid America Stainless, LLC
20900 St. Clair Avenue
Cleveland, OH 44117-1020

Smith Enterprises, Inc.
931 Dillon Drive
Wood Dale, IL 60191

Smithereen Pest Management
7400 N. Melvina Avenue
Niles, IL 60714

US Cellular
27052 Network Place
Chicago, IL 60673-1270

Smurfit-Stone Container
P. O. Box 18265
Saint Louis, MO 63150-8265

Wellman, Inc.
Dept. 952138
Atlanta, GA 31192-2138

SOS Metals, Inc.
1216 Capitol Drive
Unit B
Addison, IL 60101

Wise Plastics Technologies
3810 Stern Road
Saint Charles, IL 60174

Southco, Inc.
P. O. Box 821316
Philadelphia, PA 19182-1316

Zenger's, Inc.
11132 W. Grand Avenue
Melrose Park, IL 60164

Specified Plating Company
P. O. Box 123
Des Plaines, IL 60016-0123

Stranco Products
650 South Schmidt Road
Bolingbrook, IL 60440-9403

Superior Ind Supply Co., Inc.
7300 Oak Park Avenue
Niles, IL 60714

Superior Technologies, Inc.
34 S. 7th Avenue
La Grange, IL 60525

Toman Tool Corp.
1130 Nelson Parkway
P. O. Box 72
Viroqua, WI 54665

United Business Machines, Inc.
2171 Executive Drive
Addison, IL 60101