IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                              )       Chapter 11
                                              )
**HARBROOK TOOL &**                            )
**MANUFACTURING CO.**,                         )       No. 07 B 04848
                                              )
          Debtors.                            )

## N O T I C E

TO:      Office of U.S. Trustee, Via CM/ECF System


          PLEASE TAKE NOTICE that on the 18th of January, 2011, at the hour of 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **CAROL A. DOYLE,** Chief Bankruptcy Judge, in Courtroom No.742, or before such other Judge as may be sitting in her place and stead, U. S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion, at which time and place you may appear, if you so see fit.


                                   /s/ Joseph E. Cohen
                                   JOSEPH E. COHEN
                                   105 West Madison Street, Suite 1100
                                   Chicago, IL 60602
                                   312/368-0300

STATE OF ILLINOIS       )
                        ) SS
COUNTY OF C O O K       )

          JOSEPH E. COHEN, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice together with a copy of the Motion attached thereto, directed to the persons above, via Electronic System or the U.S. Mails at Chicago, Illinois, this 28th day of December, 2010.

                                   /s/ Joseph E. Cohen

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **HARBROOK TOOL &** | ) | |
| **MANUFACTURING CO.,** | ) | No. 07 B 04848 |
| | ) | |
| Debtor(s). | ) | |

## <u>MOTION FOR ENTRY OF FINAL DECREE</u>

TO THE HONORABLE **CAROL A. DOYLE,**
     CHIEF BANKRUPTCY JUDGE

Now comes HARBROOK TOOL & MANUFACTURING CO., Debtor herein, and respectfully represents unto this Honorable Court as follows:

1.     That on the 20th day of March, 2007, the above-named Debtor filed the above-captioned Chapter 11 petition.

2.     That this Honorable Court entered an Order confirming the Debtor's Plan of Liquidation on January 13, 2009.

3.     That the Debtor has made the initial distributions due under the Plan of Liquidation.

4.     That the Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

WHEREFORE, HARBROOK TOOL & MANUFACTURING CO., Debtor herein, prays for the entry of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy Court to close this case, and for such other and further relief as the Court shall deem proper.

HARBROOK TOOL & MANUFACKTURING
CO., Debtor

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100          BY:   /s/   JOSEPH E. COHEN
Chicago, IL  60602                                One of Attorneys for Debtor

312/368-0300