IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **HARBROOK TOOL &** | ) | |
| **MANUFACTURING CO.,** | ) | No. 07 B 04848 |
| | ) | |
| Debtor(s). | ) | Chief Judge Carol A. Doyle |
| | ) | Hrg: 1/18/11 - 10:30 a.m. |

### PROOF OF SERVICE

TO:   ATTACHED SERVICE LIST

I, JOSEPH E. COHEN, state that copies of the attached Notice of Hearing on the Debtors Motion for Entry of Final Decree, in the above-referenced matter, were served upon the persons on the attached Service List, by First Class, U.S. Mail, this 28th day of December, 2010.

/s/ JOSEPH E. COHEN
One of Attorneys for Debtor

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL  60602
312/368-0300

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | IN CHAPTER 11 |
| ) | |
| **HARBROOK TOOL &** ) | |
| **MANUFACTURING CO.,** ) | No. 07 B 04848 |
| ) | |
| ) | Chief Judge Carol A. Doyle |
| Debtor(s). ) | Hearing: 1/18/11 - 10:30 a.m. |

# N O T I C E

TO CREDITORS AND PARTIES IN INTEREST OF THE ABOVE-NAMED DEBTOR:

**YOU ARE HEREBY NOTIFIED** that HARBROOK TOOL & MANUFACTURING CO., Debtor herein, by and through its Attorneys, JOSEPH E. COHEN and COHEN & KROL, filed its Motion for Entry of Final Decree. The Debtor filed a Chapter 11 petition on March 20, 2007.

**YOU ARE FURTHER NOTIFIED** that this Honorable Court entered an Order confirming the Debtor's Plan of Liquidation on January 13, 2009. The Debtor has made the initial distributions due under the Plan of Liquidation. The Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

**YOU ARE FURTHER NOTIFIED** that a hearing will be held on said Motion on the 18th day of January, 2011 at the hour of 10:30 a.m. before the Honorable **CAROL A. DOYLE**, Chief Bankruptcy Judge, in Courtroom No. 742, United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois. Any party objecting to said Motion may do so up to the time of the hearing.

**YOU ARE FURTHER NOTIFIED** that this hearing may be continued from time to time without further notice to you other than the announcement in open Court of the continued date.

| | |
|---|---|
| JOSEPH E. COHEN | HARBROOK TOOL & MANUFACTURING CO. |
| GINA B. KROL | Debtor |
| YAN TEYTELMAN | |
| COHEN & KROL | |
| 105 West Madison Street | |
| Suite 1100                                 BY: | /s/  JOSEPH E. COHEN |
| Chicago, IL  60602 | One of Attorneys for Debtor |
| 312/ 368-0300 | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 07-04848<br>Northern District of Illinois<br>Chicago<br>Tue Dec 21 10:15:31 CST 2010 | ASI Inc | Arnstein & Lehr LLP<br>120 S. Riverside Plaza<br>Chicago, IL 60606-3941 |
| Harbrook Tool & Manufacturing Co.<br>11533 Franklin Avenue<br>Franklin Park, IL 60131-1107 | Kane, Carbonara & Mendoza, Ltd.<br>One North Franklin Street<br>Suite 2700<br>Chicago, IL 60606-3470 | Melrose Corporation<br>c/o Richard Jemc<br>212 Belle Plain Road<br>Park Ridge, IL 60068-4918 |
| Melrose Partnership<br>Adelman & Gettleman, Ltd.<br>c/o Adam P. Silverman, Esq.<br>53 West Jackson Blvd.<br>Suite 1050<br>Chicago, IL 60604-3786 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1704 | AAcurite Welding Service, Inc.<br>501 S. County Line Road<br>Franklin Park, IL 60131-1013 |
| ASI, Inc.<br>P. O. Box 302<br>Wood Dale, IL 60191-0302 | Aacurite Welding Service, Inc.<br>c/o Raiford D. Palmer, Esq., Momkus McCl<br>1001 Warrenville Rd, Ste, 500,<br>Lisle, IL 60532-4306 | Ace Laho Hardware, Inc.<br>P. O. Box 356<br>5 North York Road<br>Bensenville, IL 60106-2140 |
| Airgas North Central<br>P. O. Box 802588<br>Chicago, IL 60680-2588 | Ajax Uniform Rentals<br>1005 Geneva Street<br>Shorewood, IL 60404-9409 | Alagor Industries, Inc.<br>215 East Green Street<br>Bensenville, IL 60106-2473 |
| Amerigas - Palatine<br>Dept. 0140<br>Palatine, IL 60055-0140 | Assurance Technologies, Inc.<br>1251 Humbracht Circle Unit A<br>Bartlett IL 60103-1693 | Bradley Machining Inc<br>c/o Mark J Stauber<br>477 E Butterfield Rd<br>Suite 103<br>Lombard, Il 60148-4878 |
| Castle Metal Finishing Corp.<br>4631 N. 25th Avenue<br>Schiller Park, IL 60176-1302 | Christy Metals, Inc.<br>2810 Old Willow Road<br>Northfield, IL 60062-6884 | Cincinnati Tool Steel Company<br>5190 28th Ave<br>Rockford, IL 61109 |
| Cintas First Aid & Safety<br>1071 Judson Street<br>Bensenville, IL 60106-3320 | Component Importers Int'l<br>P. O. Box 68964<br>Schaumburg, IL 60168-0964 | Courtesy Fastener Products, Inc.<br>6044 North Pulaski Road<br>Chicago, IL 60646-5234 |
| Crossbow Industrial Water<br>33156 Treasury Center<br>Chicago, IL 60694-3100 | D & N Deburring Co., Inc.<br>2919 North Birch<br>Franklin Park, IL 60131-3005 | Danly IEM<br>P. O. Box 99897<br>Chicago, IL 60696-7697 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Design Packaging Company<br>2834 West Chicago Avenue<br>Chicago, IL 60622-4409 | Elgin Motor Service<br>P. O. Box 386<br>Hampshire, IL 60140-0386 |

Engel Diversified Ind., Inc.
1060 Quaker Avenue
Box 85
Jordan, MN 55352-1071

Equipment Depot of Illinois
Department 6059
Carol Stream, IL 60122-6059

FPM Heat Treating
1715 Momentum Place
Chicago, IL 60689-0001

Four Star Tool, Inc.
5521 Meadowbrook Court
Rolling Meadows, IL 60008

Freedom Steel
P. O. Box 314
Olympia Fields, IL 60461-0314

G. Otto Bruggenthies
c/o David A. Newby
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532-0916

George Cummings
1420 Renaissance Drive
Suite 208
Park Ridge, IL 60068-1342

Girard Rubber Corporation
6 Westchester Plaza
Elmsford, NY 10523-1611

Grainger Parts
Dept. 136 - 801551847
Palatine, IL 60038-0001

Great Lakes Tool Service
770 N. Edgewood Avenue
Wood Dale, IL 60191-1249

Grinding Specialty Co., Inc.
5757 W. Grand Avenue
Chicago, IL 60639-2896

Guardian Metal Sales Inc
6116-32 W. Oakton St
POB 1298
Morton Grove, IL 60053-7298

Guardian Metal Sales Inc.
Arnstein & Lehr
Attention: James A. Chatz
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606-3910

Guardian Metal Sales, In.
Attn: James M. Hilgebrink
6132 W. Oakton
Morton Grove, IL 60053-2718

Guardian Metal Sales, Inc.
Attn: James Hilgebrink
6132 W. Oakton
Morton Grove, IL 60053-2718

Guardian Metal Sales, Inc.
Dept. 4270
P. O. Box 87618
Chicago, IL 60680-0618

Gunther Bruggenthies
15172 Old School Road
Libertyville, IL 60048-9661

Hitech Machinery Sales, Inc.
1900 E. Tyler Road
Suite 800
Saint Charles, IL 60174-3491

Holt Industries
327 S. Sixth Avenue
La Grange, IL 60525-2437

Hudapack Metal Treating of Illinois
550 Mitchell Road
Glendale Heights, IL 60139-2581

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

Industrial Spring Corp.
217 S. 33rd Court
Fort Lauderdale, FL 33315-3338

Interplex Daystar, Inc.
P. O. Box 10110
Uniondale, NY 11555-0110

J & J Industries, Inc.
107 Gateway Road
Bensenville, IL 60106-1950

Joseph E. Davis, P.C.
39 S. La Salle Street
Suite 722
Chicago, IL 60603-1644

Juan Alvarez Gottwald
Atten: Marjorie Jobe
210 North Campbell
El Paso, TX 79901-1406

Kane, Carbonara & Mendoza, Ltd.
Jeffrey W Finke
55 West Wacker Drive Suite 1400
Chciago IL 60601-1799

Kane, Carbonara & Mendoza, Ltd.
c/o Jeffrey W. Finke, Attorney
55 West Wacker Drive
Suite 1400
Chicago, IL 60601-1799

Kove Mechanical, Inc.
1245 Humbracht Circle
Unit C
Bartlett, IL 60103-1689

Life Fitness
Attention: Rebecca A. Bolger
5100 North River Road
Schiller Park, IL 60176-1058

Lightning Components Corporation
P. O. Box 201769
Dallas, TX 75320-1769

Lombard Swiss Screw Company
420 South Rohlwing Road
Addison, IL 60101-4210

Lon's Sons & Associates, Inc.
820 Bonnie Lane
Elk Grove Village, IL 60007-2223


Magic MetalFab, Inc.
1740 Cortland Court
Unit 'D'
Addison, IL 60101-4233

Marian Chicago, Inc.
396 Wegner Drive
West Chicago, IL 60185-2672

McMaster-Carr Supply Company
P. O. Box 7690
Chicago, IL 60680-7690


Melrose Partnership
11533 Franklin Avenue
Franklin Park, IL 60131-1107

Melrose Partnership
c/o Adam P. Silverman, Esq.
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd., Suite 1050
Chicago, IL 60604-3786

Metals Technology Corporation
120 North Schmale Road
Carol Stream, IL 60188-2151


Mid America Stainless, LLC
20900 St. Clair Avenue
Cleveland, OH 44117-1020

Milton Enterprises
300 King Street
Elk Grove Village, IL 60007-1115

Milton Enterprises, Inc.
Attn: Lucky Nelson
2703 Elayne Court
Arlington Heights, IL 60005-4612


Motion Industries, Inc.
1790 Cortland Court
Addison, IL 60101-4208

Ohio Nut and Bolt Company
P. O. Box 91361
Cleveland, OH 44193-0001

Peterson International
504 Glenn Avenue
Wheeling, IL 60090-6016


Phillips Grinding, Inc.
9239 Park Lane
Franklin Park, IL 60131-2872

Pitney Bowes Inc
27 Waterview Drive
Shelton, CT 06484-4361

Precise Finishing Co., Inc.
2842 Birch Street
Franklin Park, IL 60131-3004


Precision Steel Whse, Inc.
P. O. Box 92582
Chicago, IL 60675-2582

Prospect Tool Company
1040 Waveland Avenue
Franklin Park, IL 60131-1012

Quill Corporation
P. O. Box94081
Palatine, IL 60094-4081


SOS Metals, Inc.
1216 Capitol Drive
Unit B
Addison, IL 60101-5303

Smith Enterprises, Inc.
931 Dillon Drive
Wood Dale, IL 60191-1274

Smithereen Pest Management
7400 N. Melvina Avenue
Niles, IL 60714-3908


Smurfit-Stone Container
P. O. Box 18265
Saint Louis, MO 63150-8265

Smurfit-Stone Container Corporation
Six CityPlace Drive
Creve Coeur, MO 63141-7157

Southco Inc
210 Brinton Lake Rd Box 116
Concordville, PA 19331-0116


Southco, Inc.
P. O. Box 821316
Philadelphia, PA 19182-1316

Specified Plating Company
P. O. Box 123
Des Plaines, IL 60016-0002

Stranco Products
650 South Schmidt Road
Bolingbrook, IL 60440-9403

| | | |
|---|---|---|
| Superior Ind Supply Co., Inc.<br>7300 Oak Park Avenue<br>Niles, IL 60714-3816 | Superior Technologies, Inc.<br>34 S. 7th Avenue<br>La Grange, IL 60525-2501 | Toman Tool Corp.<br>1130 Nelson Parkway<br>P. O. Box 72<br>Viroqua, WI 54665-0072 |
| USF Holland<br>750 E 40th St<br>Holland, MI 49423-5342 | United Business Machines, Inc.<br>2171 Executive Drive<br>Addison, IL 60101-5625 | Wellman, Inc.<br>Dept. 952138<br>Atlanta, GA 31192-2138 |
| Wise Plastics Technologies<br>3810 Stern Road<br>Saint Charles, IL 60174-5402 | Zenger's, Inc.<br>11132 W. Grand Avenue<br>Melrose Park, IL 60164-1131 | Gina B Krol ESQ<br>Cohen & Krol<br>105 West Madison Street #1100<br>Chicago, IL 60602-4600 |
| Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Joseph E Cohen  Tr.<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Mark J. Stauber<br>1N141 County Farm Road, Suite 230,<br>Winfield, IL 60190-2023 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Yan Teytelman<br>Cohen & Krol<br>105 West Madison St.<br>Suite 1100<br>Chicago, IL 60602-4600 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Aacurite Welding Service Inc | (u)Argas North Central | (u)Cincinnati Tool Steel Company |
| (u)D & N Deburring Inc | (u)Debra A Meyers | (u)Engel Diversified Ind, Inc. |

| | | |
|---|---|---|
| (u)Guardian Metal Sales Inc | (u)Gunther O. Bruggenthies | (u)Lucky Nelson |
| (u)Magic Metal Fab., Inc | (u)Mark Konecke | (u)OHIO Nut & Bolt Co. |
| (u)Official Committee of Unsecured Creditors | (u)Peterson International | (u)Prospect Tool Co. |
| (u)Richard Rogala | (u)Wise Plastics Technologies | (d)Kane, Carbonara, & Mendoza, Ltd. c/o Jeffrey W. Finke, Attorney 55 West Wacker Drive Suite 1400 Chicago, IL 60601-1799 |
| (d)Kane,Carbonara & Mendoza, Ltd. c/o Jeffrey W. Finke, Attorney 55 West Wacker Drive Suite 1400 Chicago, IL 60601-1799 | (u)Barry A Chatz | (u)G. Otto Bruggenthies |

End of Label Matrix
Mailable recipients    103
Bypassed recipients     21
Total                  124