UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 07-04848 |
| | ) | |
| HARBROOK TOOL & | ) | Chapter: 11 |
| MANUFACTURING CO., | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE**

The estate of the above-named Debtor, having been fully administered and the payments required by the Debtor's Confirmed Chapter 11 Plan of Reorganization having been substantially completed, IT IS HEREBY ORDERED THAT:

The final Decree is hereby entered, ~~and the Chapter 11 case of the above-named Debtor is closed.~~

Dated: 1/18/11

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

**Prepared by counsel of Movant:**

Joseph E. Cohen
COHEN & KROL
105 W. Madison Street
Suite 1100
Chicago, IL 60602
312/368-0300

Rev: 20101008_bko